# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASEY ALLEN BISHOP, </br></br> Petitioner, </br></br> v. </br></br> UNITED STATES OF AMERICA; </br></br> Respondent. | Civil Action No. 09 - 277E </br></br> District Judge Maurice B. Cohill |

## MEMORANDUM ORDER

On December 6, 2009, the Petitioner Casey Allen Bishop filed a Petition for Writ of Habeas Corpus and was referred to United States Chief Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Chief Magistrate Judge's Report and Recommendation was filed on August 2, 2010, and recommended that the Petition for Writ of Habeas Corpus be dismissed due to Petitioner's failure to prosecute [Doc. #11]. Petitioner was given until August 19, 2010 to file any Objections to the Report and Recommendation [Doc. #11]. As of today's date, September 2, 2010, Petitioner has failed to file any response to the Report and Recommendation.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 2nd day of September, 2010, it is HEREBY ORDERED, ADJUDGED AND DECREED that the Petitioner Casey Allen Bishop's Petition for Writ of Habeas Corpus [Doc. #6] is DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Report and Recommendation [Doc. #11] is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall mark this case CLOSED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, as the United States is a party, if Plaintiff wants to appeal this Order, Plaintiff must file the notice of appeal (required by Rule 3 of the Federal Rules of Appellate Procedure) of this Order within sixty (60) days after this Order is entered.

Maurice B. Cohill
United States District Judge

cc: Casey Allen Bishop
FCI Allenwood
20566-068
Unit 3-B
P.O. Box 2000
Whitedeer, PA 17887-2000